```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
STAR FABRICS, INC.,                      :
                                         :
                   Plaintiff,            :
                                         :                    ORDER
     - against -                         :
                                         :
ROSS STORES INC. d/b/a dd's Discounts,   :
a California Corporation;                :
GOGO APPAREL, INC., a New York           :          20 Civ. 10564 (VM)
Corporation; BY DESIGN, LLC,             :
a Delaware Limited                       :
Liability Company, and DOES 1-10,        :
                                         :
                   Defendants.           :
----------------------------------------X
```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: December 28, 2020

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than January 22, 2021 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website.

Dated:     December 28, 2020
           New York, New York

                                        Victor Marrero
                                        U.S.D.J.