```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
STAR FABRICS, INC.,                      :
                                         :
                    Plaintiff,           :
                                         :
     - against -                         :
                                         :
ROSS STORES INC. d/b/a dd's Discounts,   :
a California Corporation;                :
GOGO APPAREL, INC., a New York           :    20 Civ. 10564 (VM)
Corporation; BY DESIGN, LLC,             :
a Delaware Limited                       :
Liability Company, and DOES 1-10,        :
                                         :
                    Defendants.          :
----------------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: September 15, 2021**

<u>ORDER</u>

**VICTOR MARRERO, United States District Judge.**

The conference currently scheduled for September 17, 2021 is hereby canceled.

Dated:     New York, New York
           15 September 2021

_____
Victor Marrero
U.S.D.J.